UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In the Matter of:

Austin Jay Boocher
*Debtor*

Case No.: 20-31196

Chapter 13

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On August 19, 2021, the Court granted debtor until September 20, 2021 to convert his Chapter 13 to a Chapter 7 case. Debtor has failed to convert his case to a Chapter 7. Accordingly, this case is dismissed without prejudice.

Any order to employer to pay trustee which may be in force is terminated. It is the debtor/debtors' responsibility to notify the employer that the order to employer to pay trustee is terminated.

This case will be closed at the statutorily permitted time. The clerk is directed to give notice of the dismissal to all creditors. The automatic stay on creditor actions against the debtor(s) and the debtor(s)' property is removed pursuant to 11 U.S.C. § 362(c)(2)(B).

Date: 10/5/2021        /s/Paul E. Singleton
                       PAUL E. SINGLETON
                       *Judge*, United States Bankruptcy Court